UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY RAND GOLDEN, JR. | CIVIL ACTION |
| VERSUS | NO. 26-39 |
| SERGEANT FORD, ET AL. | SECTION: "A" (3) |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 31, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED** that Bobby Rand Golden's § 1983 claims against Sergeant Ford, "Jefferson Parish Correctional Center Medical Personnel," and "Jefferson Parish Correctional Center Security Administration, as well as his § 1983 claims of unlawful arrest, excessive force during search/arrest, and unlawful seizure of vehicle against Detective Charles Carollo, Detective Carl Marshall, Detective Patrick Evans, Sergeant Josh Bermudez, Derek Green, Keith Branchcomb, Blake Holliefield, Sergeant Julio Alvarado, are **DISMISSED WITH PREJUDICE** as they are frivolous and/or fail to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that Golden's § 1983 claims of food tampering, foul language, and deliberate indifference to serious medical needs, and his request that defendants be criminally prosecuted are **DISMISSED WITH PREJUDICE** as they are frivolous and/or fail to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that Golden's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** to as legally frivolous and for seeking relief that cannot be granted in a § 1983 civil rights proceeding.

**IT IS FURTHER ORDERED** that Golden's claim for false imprisonment against Detective Charles Carollo, Detective Carl Marshall, Detective Patrick Evans, Sergeant Josh Bermudez, Derek Green, Keith Branchcomb, Blake Holliefield, Sergeant Julio Alvarado are **STAYED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that within thirty (30) days after the finality of Golden's conviction or upon disposition of the charges in his favor, Golden may move to reopen the matter for further proceedings consistent with *Heck*. The failure timely to file the motion to reopen could waive Golden's opportunity to proceed with this civil action.

New Orleans, Louisiana, this 10th day of September, 2026.

**UNITED STATES DISTRICT JUDGE**