UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY RAND GOLDEN, JR. | CIVIL ACTION |
| VERSUS | NO. 26-39 |
| SERGEANT FORD, ET AL. | SECTION: "A" (3) |

**FED. R. CIV. P. 54(B) JUDGMENT**

The Court having approved the Report and Recommendation the United States Magistrate Judge and having adopted it as its opinion herein, and finding no just cause for delay, accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Bobby Rand Golden's § 1983 claims against Sergeant Ford, "Jefferson Parish Correctional Center Medical Personnel," and "Jefferson Parish Correctional Center Security Administration, as well as his § 1983 claims of unlawful arrest, excessive force during search/arrest, and unlawful seizure of vehicle against Detective Charles Carollo, Detective Carl Marshall, Detective Patrick Evans, Sergeant Josh Bermudez, Derek Green, Keith Branchcomb, Blake Holliefield, Sergeant Julio Alvarado, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Golden's § 1983 claims of food tampering, foul language, and deliberate indifference to serious medical needs, and his request that defendants be criminally prosecuted are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Golden's request for habeas relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 10th day of September, 2026.

**UNITED STATES DISTRICT JUDGE**